UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ELLORA'S CAVE PUBLISHING, INC., et al | ) | CASE NO.: 5:14CV2331 |
| | ) | |
| Plaintiffs, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| vs. | ) | |
| | ) | |
| DEAR AUTHOR MEDIA NETWORK, LLC et al. | ) | STIPULATED LEAVE TO PLEAD |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOW COME Plaintiffs and Defendants and hereby submit their stipulated leave to plead allowing the parties to file their responsive pleadings to the Plaintiffs' complaint and Defendant's counterclaim no later than 21 days after the Court renders its decision on the Plaintiffs' Motion for Remand.

Respectfully Submitted,

RANDAZZA LEGAL GROUP

*/s/ Marc J. Randazza*
3625 S. Town Center Drive
Suite 150
Las Vegas, NV 89135
702-420-2001 Tele
305-437-7662 Fax
ecf@randazza.com
*Attorney for Defendants Dear Author*

Respectfully Submitted,

NIEKAMP, WEISENSELL, MUTERSBAUGH,
& MASTRANTONIO, LLP

*/s/ Steven W. Mastrantonio*
Steven W. Mastrantonio (0062575)
The Nantucket Building, Suite 301
23 South Main Street
Akron, OH 44308
330-434-1000 Tele
330-434-1001 Fax
mastrantonio@nwm-law.com
*Attorney for Plaintiffs*