UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

ELLORA'S CAVE PUBLISHING, INC.　　　　　Case No: 5:14-cv-02331
and
JASMINE-JADE ENTERPRISES, LLC

    Plaintiffs,

  v.

DEAR AUTHOR MEDIA NETWORK, LLC
and
JENNIFER GERRISH-LAMPE

    Defendants.

## MOTION TO APPEAR TELEPHONICALLY

Defendant Jennifer Gerrish-Lampe, by and through her undersigned counsel, respectfully requests the Court allow Ms. Gerrish-Lampe appear at the Case Management Conference telephonically. The Case Management Conference is currently scheduled for January 26, 2015 at 1:30 p.m. Defendant, Jennifer Gerrish-Lampe works as a Workers Compensation Commissioner for the State of Iowa and travels routinely for her job. As a result, Ms. Gerrish-Lampe will be unable to attend this conference in person. Furthermore, given the volume that Ms. Gerrish-Lampe travels, and the short notice that her schedule is created, it will be difficult for Ms. Gerrish-Lampe to affirmatively identify a time that she will

1

definitely be able to attend in person at this time.  Based on the foregoing, Ms. Gerrish-Lampe respectfully requests this Court permit her to appear at the conference telephonically.

The undersigned has met and conferred with Steven Mastrontonio, counsel for Plaintiffs, regarding this matter, and Mr. Mastrontonio does not object to this appearance of Ms. Gerrish-Lampe by phone.

Dated this 12th day of January, 2015.

    Respectfully Submitted,

/s/ Victoria L. Serrani
Marc J. Randazza, Esq.
Admitted in Northern District of Ohio
RANDAZZA LEGAL GROUP
3625 S. Town Center Drive, Suite 150
Las Vegas, Nevada 89135
Tele:  702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com

Victoria L. Serrani
BRENNAN, MANNA & DIAMOND, LLC
75 East Market Street
Akron, OH 43215
Tele: 330-374-5184
Fax:  330-374-5196
Email: vlserrani@bmdllc.com
Ohio Bar No.: 0085012

ATTORNEYS FOR DEFENDANTS

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served upon: Steven W. Mastrantonio, Esq., counsel for Plaintiffs, via transmission of Notices of Electronic Filing generated by CM/ECF.

    /s/ Victoria L. Serrani
*Counsel for Defendants*