```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO
                          EASTERN DIVISION

Ellora's Cave Publishing, Inc.)   Case No. 5:14cv2331
et al.,                        )
         Plaintiff,            )
                               )
    -vs-                       )        O R D E R
                               )
                               )
Dear Author Media Network,     )
et al.,                        )
                               )
                               )
```

The Court will re-schedule the case management conference to **January 26, 2015 at 12:00 p.m.**

The instructions and requirements in the previously filed Case Management Conference Scheduling Order remain in effect.

Note the change in time only.


IT IS SO ORDERED.



January 22, 2015                    /s/John R. Adams
Date                                John R. Adams
                                    United States District Judge