UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ELLORA'S CAVE PUBLISHING, INC., et al., | CASE NO. 5:14CV2331 |
| Plaintiffs, | JUDGE JOHN R. ADAMS |
| vs. | |
| DEAR AUTHOR MEDIA NETWORK, LLC, et al., | **ORDER** |
| Defendants. | |

The Court held a case management conference on January 26, 2015. During the proceeding, Plaintiffs confirmed that they do not intend to pursue the motion for temporary restraining order currently pending before this Court. As such, the motion for temporary restraining order filed on October 20, 2014 is hereby DENIED.

IT IS SO ORDERED.

DATED: January 27, 2015

*/s/ John R. Adams*
Judge John R. Adams
UNITED STATES DISTRICT COURT