*  *  *  Communication Result Report ( Feb. 12. 2015 12:30PM )  *  *  *

1)
2)

Date/Time: Feb. 12. 2015 12:09PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 2282 | Memory TX | 915102555204 | P. 1 | E-2) 2) 2) 2) 2) | P. 1 |

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size
E. 2) Busy
E. 4) No facsimile connection

---



United States District Court
Northern District of Ohio
Two South Main District
Akron, Ohio 44308

John R. Adams
Judge

Phone (330) 252-6078
Fax (330) 252-6077

February 11, 2015

Steven W. Mastrantonio
Nickamp, Weisensell, Mutersbaugh & Mastrantonio
3rd Floor
23 South Main Street
Akron, OH 44308

Victoria L. Serrani
Brennan, Manna & Diamond
75 East Market Street
Akron, OH 44308

Marc J. Randazza
Suite 150
2625 South Town Center Drive
Las Vegas, NV 89135

Re:    Ellora's Cave Publishing, Inc., et al., v. Dear Author Media Network, LLC
Northern District of Ohio, Case No. 5:14CV02331

Dear Counsel:

On February 7, 2015, the Court received the attached letter via facsimile. After reviewing the content of the letter from "@pubnt" Twitter account, the Court has deemed it a motion to quash Defendants' subpoena. Thus, the letter has been filed on the docket, and the parties should proceed according to the Local Rules governing motions to quash.

Sincerely,

Judge John R. Adams
U.S. District Judge

Enc.

Cc: "@pubnt" Twitter account, fax no.: 510-255-5204

1)
2)

Date/Time: Feb. 12. 2015 11:26AM

```
File                                                                    Page
No. Mode          Destination                 Pg(s)      Result        Not Sent
-------------------------------------------------------------------------------
2281 Memory TX     915102555204               P.  1      E-2)2)2)2)2)   P. 1
```

--------------------------------------------------------------------------------

Reason for error
  E. 1) Hang up or line fail                    E. 2) Busy
  E. 3) No answer                               E. 4) No facsimile connection
  E. 5) Exceeded max. E-mail size

United States District Court
Northern District of Ohio
Two South Main Street
Akron, Ohio 44197

Judge R. Adams
Judge

Phone (330) 252-6078
Fax (330) 252-6077

February 11, 2015

Steven W. Mastrantonio
Nickamp, Weisensell, Mutersbaugh & Mastrantonio
3rd Floor
23 South Main Street
Akron, OH 44308

Victoria L. Senani
Brennan, Manna & Diamond
75 East Market Street
Akron, OH 44308

Marc J. Randazza
Suite 150
3625 South Town Center Drive
Las Vegas, NV 89135

Re:   Ellora's Cave Publishing, Inc., et al., v. Dear Author Media Network, LLC
      Northern District of Ohio, Case No. 5:14CV02331

Dear Counsel:

On February 7, 2015, the Court received the attached letter via facsimile. After reviewing the content of the letter from "@pubst" Twitter account, the Court has deemed it a motion to quash Defendants' subpoena. Thus, the letter has been filed on the docket, and the parties should proceed according to the Local Rules governing motions to quash.

Sincerely,

Judge John R. Adams
U.S. District Judge

Enc.

Cc: "@pubst" Twitter account, fax no.: 510-255-5204