UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

ELLORA'S CAVE PUBLISHING, INC.    Case No: 5:14-cv-02331
and
JASMINE-JADE ENTERPRISES, LLC

      Plaintiffs,

   v.

DEAR AUTHOR MEDIA NETWORK, LLC
and
JENNIFER GERRISH-LAMPE

      Defendants.

## DEFENDANTS' STATUS REPORT DATED MARCH 13, 2015

Discovery:

- On January 27, 2015, Defendants served a subpoena to Twitter, Inc. regarding the Twitter user "@pubnt."

- On January 28, 2015, Defendants served their First Requests for Admissions.

- On February 17, 2015 Defendants served a subpoena to Rubicon Programs.

- February 23, 2105, Plaintiffs served responses to Defendants' First of Request for Admissions.

- On March 10, 2015, Plaintiffs served notice of depositions on Defendants.

Settlement Discussions:

- On or about February 20 and February 23, 2015, counsel for the parties discussed potential settlement terms but were unable to find a resolution agreeable to both parties.

Motions Filed or Pending:

- On February 12, 2015, @pubnt filed a letter that the Court deemed to be a Motion to Quash Defendants' subpoena to Twitter, Inc.
- On February 23, 2015, Defendants filed their Opposition to @pubnt's Motion to Quash.

Defendants are not aware of any developments that might give rise to a request to deviate from schedule.

Dated this 13th day of March, 2015.

Respectfully Submitted,

/s/ Victoria L. Serrani
Marc J. Randazza, Esq.
Admitted in Northern District of Ohio
RANDAZZA LEGAL GROUP
3625 S. Town Center Drive, Suite 150
Las Vegas, Nevada 89135
Tele:  702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com

Victoria L. Serrani
BRENNAN, MANNA & DIAMOND, LLC

        75 East Market Street
        Akron, OH 43215
        Tele: 330-374-5184
        Fax:  330-374-5196
        Email: vlserrani@bmdllc.com
        Ohio Bar No.: 0085012

        ATTORNEYS FOR DEFENDANTS

CASE NO.: 5:14-cv-02331

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served upon: Steven W. Mastrantonio, Esq., counsel for Plaintiffs, via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ T. Waan
*Counsel for Defendants*