Jennifer Susan Gerrish-Lampe ~ March 21, 2015
* * * Individually & Corporate Representative of Dear Author Media Network, LLC * * *

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF OHIO
 3                    EASTERN DIVISION
 4
 5   ELLORA'S CAVE                )
     PUBLISHING, INC., et         ) Case No. 5:14CV2331
 6   al.,                         )
                                  ) JUDGE JOHN R. ADAMS
 7              Plaintiffs,       )
                                  )
 8   vs.                          )
                                  )
 9   DEAR AUTHOR MEDIA            )
     NETWORK, LLC, et al.,        )
10                                )
                Defendants.       )
11   _____)
12
13
14      DEPOSITION OF JENNIFER SUSAN GERRISH-LAMPE
15                   INDIVIDUALLY AND AS
16   CORPORATE REPRESENTATIVE OF DEAR AUTHOR MEDIA NETWORK, LLC
17           Taken on Saturday, March 21, 2015
18                     At 9:14 a.m.
19             At 1160 North Town Center Drive
20                       Suite 300
21                   Las Vegas, Nevada
22
23
24
25   REPORTED BY:  JO A. SCOTT, RPR, CCR NO. 669
```

**CERTIFIED COPY**

Jennifer Susan Gerrish-Lampe ~ March 21, 2015
* * * Individually & Corporate Representative of Dear Author Media Network, LLC * * *

Page 2

```
 1              DEPOSITION OF JENNIFER SUSAN
    GERRISH-LAMPE, taken at 1160 North Town Center
 2  Drive, Suite 300, Las Vegas, Nevada, on Saturday,
    March 21, 2015, at 9:14 a.m., before Jo A. Scott,
 3  Certified Court Reporter on behalf of All-American
    Court Reporters, 1160 North Town Center Drive,
 4  Suite 300, Las Vegas, Nevada 89144.

 5  APPEARANCES:

 6  For the Plaintiffs:

 7       STEVEN W. MASTRANTONIO, ESQ.
         Niekamp, Weisensell, Mutersbaugh & Mastrantonio, LLP
 8       23 South Main Street
         Third Floor
 9       Akron, Ohio 44308
         (330) 434-1000
10

11  For the Defendants:

12       MARC J. RANDAZZA, ESQ.
         THERESA M. HAAR, ESQ.
13       Randazza Legal Group
         3625 South Town Center Drive
14       Suite 150
         Las Vegas, Nevada 89135
15       (702) 420-2001

16

17

18                      I N D E X

19  WITNESS:           JENNIFER SUSAN GERRISH-LAMPE

20  EXAMINATION                              PAGE

21  BY MR. MASTRANTONIO                  5, 272, 290

22  BY MR. RANDAZZA                         268, 276

23

24

25
```

Case: 5:14-cv-02331-JRA Doc #: 45-2 Filed: 09/01/15 3 of 4. PageID #: 439
Jennifer Susan Gerrish-Lampe ~ March 21, 2015
* * * Individually & Corporate Representative of Dear Author Media Network, LLC * * *

Page 246

```
 1    chance to review this Counterclaim?
 2         A.   Around the time it was filed, yes.
 3         Q.   And in your words, what do you believe is
 4    the basis of your Counterclaim?
 5         A.   That Ellora's Cave and Jasmine Jade are
 6    attempting to suppress people's free speech rights
 7    to speak out about how they feel and what they
 8    believe in as it relates to Ellora's Cave, and
 9    that they are using me as an example to silence
10    their critics.
11         Q.   So it's your belief that this is just an
12    exercise to silence critics?
13         A.   Yes.
14         Q.   Do you not believe that -- strike that.
15              As part of the allegations that you make
16    in the Counterclaim, you have the allegation
17    that -- and I'll just read it for you, Ellora and
18    Jasmine have deliberately perverted this
19    particular legal process for their own personal
20    benefits, specifically to intimidate other
21    authors, editors, and cover artists into silence,
22    so that they do not attempt to recover monies owed
23    by them to Ellora and Jasmine.
24              Do you have any evidence of intimidation
25    by either Ellora or Jasmine?
```

Case: 5:14-cv-02331-JRA  Doc #: 45-2  Filed: 09/01/15  4 of 4.  PageID #: 440
Jennifer Susan Gerrish-Lampe ~   March 21, 2015
* * * Individually & Corporate Representative of Dear Author Media Network, LLC * * *

Page 247

```
 1      A.    Yes.
 2      Q.    And what is that?
 3      A.    This lawsuit.
 4      Q.    Other than this lawsuit, is there any
 5   other evidence you have?
 6      A.    Yes.
 7      Q.    What's that?
 8      A.    At one point Romantic -- an author spoke
 9   out against Romantic Times and was kicked off the
10   business loop.  There are other individuals who
11   report that they've been threatened.  In fact, one
12   of their officers came to the Dear Author blog in
13   2009, 2010 reminding authors that they were under
14   a confidentiality clause, and that they could be
15   in breach if they continued to comment.
16      Q.    That was when?
17      A.    2009 or 2010.
18      Q.    You mentioned --
19      A.    And there were statements by Tina Engler
20   on her blog where she said, We have not sued any
21   authors yet, but that may change.
22            Pavienty (phonetic) also referred to
23   forthcoming lawsuits.
24      Q.    Well, you mentioned an author that was
25   kicked off the business loop.  Which author was
```