UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

ELLORA'S CAVE PUBLISHING, INC.,　　　　　Case No: 5:14-cv-02331-JRA
and
JASMINE-JADE ENTERPRISES, LLC,

　　　　　Plaintiffs,

　　v.

DEAR AUTHOR MEDIA NETWORK, LLC,
and
JENNIFER GERRISH-LAMPE,

　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　　　　　　　　/

## NOTICE OF ERRATA TO
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

　　　　Defendants Dear Author Media Network, LLC and Jennifer Gerrish-Lampe submit this Notice of Errata to Defendants' Motion for Summary Judgment (Doc. 46)("the Motion") filed with this Court on September 1, 2015.

　　　　Defendants stated in the Motion that: "As of August 2014, author Joanna Wylde had not been paid since January 2014—a six month window." (Doc. 46 at p. 6 as internally numbered.) Defendants wish to clarify this statement. Exhibit 24 to the Motion contains an email from Ms. Wylde that includes the statement:

> Don't know if you heard, but EC didn't send out a bunch of checks again this month. Interestingly, I got a royalty statement but no check… I'm about six weeks from them breaching my contract and the last Amazon money I saw was for Jan 2014. We've all known they were in trouble for a while (not exactly a secret) but I think it may be coming to a head. Thought you might find that of interest…

(Doc. 46-24 at p. 2.) In order to more accurately reflect Ms. Wylde's email, Defendants amend their statement as follows: "As of August 2014, author Joanna Wylde had not been paid <u>for Ellora's Cave's sales through Amazon.com</u> since January 2014—a six month window." (Emphasis only to show addition.)

Dated September 2, 2015.    Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza, Esq.
Admitted in Northern District of Ohio
RANDAZZA LEGAL GROUP, PLLC
3625 S. Town Center Drive, Suite 150
Las Vegas, Nevada 89135
Tele: 702-420-2001
Email: ecf@randazza.com

Victoria L. Serrani
Ohio Bar No.: 0085012
BRENNAN, MANNA & DIAMOND, LLC
75 East Market Street
Akron, OH 43215
Tele: 330-374-5184
Email: vlserrani@bmdllc.com

ATTORNEYS FOR DEFENDANTS

CASE NO.: 5:14-cv-02331-JRA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 2, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served upon counsel for Plaintiff, via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                        Respectfully Submitted,

                                                        Employee,
                                                        Randazza Legal Group, PLLC